UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RUPERT STAMPS,<br>FCC USP-1<br>P.O. BOX 1033, UNIT E<br>COLEMAN, FL 33521-1033<br><br>　　　　　　　　　　Plaintiff<br><br>　　　v.<br><br>TRACY JOHNS, USP #1, 846 NE 54th<br>TERRACE, COLEMAN, FL 33521; Mrs.<br>HUNTER, USP #1, Hosp. Admin., 846 NE<br>54th TERRACE, COLEMAN, FL 33521;<br>DR. ROWAN, USP #1, Hosp. Admin., 846<br>NE 54th TERRACE, COLEMAN, FL<br>33521; DR. NEGRON, USP #1, 846 NE<br>54th TERRACE, COLEMAN, FL; DR..<br>TIDWELL, USP #1, Hosp. Admin., 846<br>NE 54th TERRACE, COLEMAN, FL<br>33521; P.A. DeJesus, P.O. Box 3000<br>White Deer, Pa 17887-3000; WARDEN<br>TROY WILLIAMSON; UNITED STATES<br>ATTORNEY GENERAL, 320 First street<br>NW, Washington, DC. ; D.C.<br>D.C. Corporation Counsel, 441 4th Street,<br>N.W. Washington, DC., 20001<br><br>　　　　　　　　　　Defendants | Civil Action No. _____<br>Super. Ct. Case No. 0007889-07 |

### NOTICE OF REMOVAL OF COMPLAINT

The United States Attorney, through the undersigned attorneys, and on behalf of Tracy

Johns, Warden USP Coleman, Fl.; Ms. Hunter, Hospital Administrator, USP Coleman; Drs.

Roman, Negron and Tidwell; and P.A. DeJesus; Troy Williamson, Warden, USP White Deer,

PA; Michael B. Mukasey[1] (collectively "Federal Defendants"), respectfully file this Notice of Removal, pursuant to 28 U.S.C. §§ 1442(a)(1), 1446, of a complaint alleging claims against officers of the United States. Under 28 U.S.C. 1442(a)(1) a civil action pending in state court may be removed when, as here, an officer of the United States is "sued in an official or individual capacity for an act under color of such office...." *See also District of Columbia v. Merit Sys. Prot. Bd.*, 762 F.2d 129, 132-33 (D.C. Cir. 1985) (noting that when federal parties remove an action under §1442(a)(1), the federal court assumes jurisdiction over all the claim and parties in the case regardless of whether the federal court could have assumed original jurisdiction); *District of Columbia ex rel. American Combustion Inc. v. Transamerica Ins. Co.*, 797 F.2d 1041, 1045 (D.C. Cir. 1986) (citing *District of Columbia ex rel. Driggs Co. v. Ranger Constr. Co.*, 394 F.Supp. 801 (D.D.C. 1974)). In support of this notice, Federal Defendants state as follows:

1. Pro se Plaintiff appears to allege that the Federal Defendants have violated his rights under D.C. Codes §§24-701, 24-702, 24-703, 24-704, all of which appear to deal with substance abuse rehabilitation for D.C. Inmates. Plaintiff also appears to be alleging that the Federal Defendants are in violation of D.C. Code §22-105. Plaintiff appears to be suing Federal Defendants in their individual capacities and is seeking $5,000,000.00 in money damages.

2. A copy of the complaint is attached hereto.

3. This notice of removal is brought pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446; *See District of Columbia v. Merit Sys. Prot. Bd.*, 762 F.2d 129, 132-33 (D.C. Cir. 1985); *District of Columbia ex rel. American Combustion Inc. v. Transamerica Ins. Co.*, 797 F.2d 1041, 1045

---

[1] Substitutes Attorney General Mukasey, in his official capacity, for former Attorney General Alberto Gonzales by operation of law pursuant to Fed. R. Civ. P. 25(d)(1).

(D.C. Cir. 1986) (citing *District of Columbia ex rel. Driggs Co. v. Ranger Constr. Co.*, 394 F.Supp. 801 (D.D.C. 1974)).

WHEREFORE, this complaint is properly removed from the Superior Court of the District of Columbia, to this Court, pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446; *Merit Sys. Prot. Bd; Transamerica Ins. Co., supra.*

Dated: February 27, 2008          Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7157

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

Mr. Rupert Stamps,
FCC USP-1
P.O. Box 1033, Unit E
Coleman, FL 33521-1033
846 SE 54th Terrace, Coleman, Fl. 33521
Serve: Warden Tracy Johns, USP#1
846 SE 54th Terrace, Coleman, Fl. 33521
Serve: Mrs. Hunter, USP#1, Hosp. Administrator
846 SE 54th Terrace, Coleman, Fl. 33521
Sereve: Dr. Roman, USP#1
846 SE 54th Terrace, Coleman, Fl. 33521
Serve: Dr. Negron, USP#1
846 SE 54th Terrace, Coleman, Fl. 33521
Serve: Dr. Tidwell, USP#1
846 SE 54th Terrace, Coleman, Fl. 33521
Serve: P.A. DeJesus, USP#1

*Defendants*

RECEIVED
Civil Clerk's Office
NOV 27 2007
Superior Court of the
District of Columbia
Washington, D.C.

Civil Action No. M 0007889-07

P.O. Box 3000
White Dear, PA. 17887-3000
Serve: Warden Troy Williamson

United States Attorney General
Federal Bureau of Prisons
320 First Street, NW
Washington, D.C.
Serve: Alberto Gonzales

Corporation Counsel
441 4th Street, NW 6th Fl South
Washington, D.C. 20001   Darlene Fields
Serve: [redacted]

**COMPLAINT**

1. Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.

   The defendant's named in this lawsuit has violated Section 24-701 DC Code Chapter 7 and Section 24-702 and Section DC Code by Section 24-703 DC Code and following Section DC Code 24-704. The Medical Staff have breached the DC prisoner interstate contract agreement of medical terms violation and the medical staff failure to grant medical treatment of physical body damage or repair the damage nor address the cause of the damage or provide healing. The defendant's are being sued in their individual capacity which violate 22-105 DC Code were a person advising or inciting and conniving by criminal act of offense to be charge as principal.

Wherefore, Plaintiff demands judgment against Defendant in the sum of $ 5,000,000.00 with interest and costs.

Phone:

DISTRICT OF COLUMBIA, ss

Mr. Rupert Stamps _____, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-off and just grounds of defense.

FCC Coleman, Florida Sumter County   Mr. Rupert Stamps
Subscribed and sworn before me this (Plaintiff)                        Agent)
20 day of June 2007
Subscribed and sworn to before me this _____ day of _____ 20 ___.
Case Manager
Authorized by the Act of July 7, 1955,
as amended, to administered oaths (18USC 4004.)   (Notary Public/Deputy Clerk)

FORM CV-4919 Rev. 00

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

|  |  |
|---|---|
| RUPERT STAMPS,<br>FCC USP-1<br>P.O. BOX 1033, UNIT E<br>COLEMAN, FL 33521-1033<br><br>            Plaintiff<br><br>      v.<br><br>TRACY JOHNS, USP #1, 846 NE 54th TERRACE, COLEMAN, FL 33521; Mrs. HUNTER, USP #1, Hosp. Admin., 846 NE 54th TERRACE, COLEMAN, FL 33521; DR. ROWAN, USP #1, Hosp. Admin., 846 NE 54th TERRACE, COLEMAN, FL 33521; DR. NEGRON, USP #1, 846 NE 54th TERRACE, COLEMAN, FL; DR. TIDWELL, USP #1, Hosp. Admin., 846 NE 54th TERRACE, COLEMAN, FL 33521; P.A. DeJesus, P.O. Box 3000 White Deer, Pa 17887-3000; WARDEN TROY WILLIAMSON; UNITED STATES ATTORNEY GENERAL, 320 First street NW, Washington, DC. ; D.C. D.C. Corporation Counsel, 441 4th Street, N.W. Washington, DC., 20001<br><br>            Defendants | Civil Action No. _____<br>Super. Ct. Case No. 0007889-07 |

## NOTICE OF FILING OF NOTICE OF REMOVAL OF COMPLAINT

TO:   Rupert Stamps
        FCC USP-1
        P.O. Box 1033, Unit E
        Coleman, Fl 33521-1033

**PLEASE TAKE NOTICE THAT ON** February 27, 2008, Tracy Johns, Warden USP

Coleman, Fl.; Ms. Hunter, Hospital Administrator, USP Coleman; Drs. Roman, Negron and

Tidwell; and P.A. DeJesus; Troy Williamson, Warden, USP White Deer, PA; Michael B. Mukasey (collectively "Federal Defendants"), filed with the Clerk of the Superior Court of the District of Columbia, a Notice of Removal of Plaintiff's complaint in the above-referenced civil action, pending in the Superior Court of the District of Columbia. A copy of the Notice of Removal is attached hereto. The Superior Court of the District of Columbia, with regard to Plaintiff's complaint, "shall proceed no further unless and until the case is remanded." 28 U.S.C. § 1446(d).

Dated: February 27, 2008

Respectfully submitted,

*/s/ Jeffrey A. Taylor*
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

*/s/ Rudolph Contreras*
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Room E-4210
Washington, D.C. 20530
(202) 514-7157

# UNITED STATES DISTRICT COURT
## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 27th day of February, 2008, I caused service of the following: Notice of Filing of Notice of Removal and Notice of Removal, to be made on Pro se Plaintiff, addressed to:

Rupert Stamps
FCC USP-1
P.O. Box 1033, Unit E
Coleman, Fl 33521-1033

_____
KENNETH ADEBONOJO
Assistant United States Attorney

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS

Rupert Stamps, FCC USP-1, P.O. Box 1033 Unit E, Coleman, FL 33521-1033

## DEFENDANTS

Tracey Johns, et al., USP#1, 846 NE 54th Terrace Coleman, FL 33521

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

PRO SE

ATTORNEYS (IF KNOWN)

Kenneth Adebonojo, Assistant U.S. Attorney
Judiciary Center Building, 555 4th Street, NW
Washington, D.C. 20530

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 3 Federal Question (U.S. Government Not a Party)
● 2 U.S. Government Defendant
○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ● 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ● 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ○ A. Antitrust
☐ 410 Antitrust

### ○ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☒ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other)    OR    ● F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ○ 1 Original Proceeding
- ● 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)**
Pro Se Plaintiff appears to allege that Fed. Defendants have violated his rights under D.C.Codes 24-701, 24-702, 24-703, and 24-704

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐  DEMAND $ 5,000,000.00  Check YES only if demanded in complaint
JURY DEMAND: YES ☐  NO ☐

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  YES ☐  NO ☒  If yes, please complete related case form.

DATE 2/27/08  SIGNATURE OF ATTORNEY OF RECORD [signature]

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_Rupert Stamps_
Plaintiff

v.

_Tracy Johns, et al_
Defendant

Civil Action No. 08 0342

FEB 27 2008

The above entitled action, removed from the Superior Court for the District of Columbia, has been filed and assigned to Judge **KOLLAR-KOTELLY, J.C.K.K.**. All counsel and/or pro se litigants must include on any subsequent pleadings both the civil action number and the initials of the judge assigned to this action. (See preceding sentence for judge's initials).

Pursuant to Local Rule 83.2(a)(b), an attorney must be a member in good standing of the bar of this Court to appear, file papers or practice. To assist the Clerk's Office in properly recording all counsel of record, counsel for all parties must enter their appearance in accordance with our Local Rule 83.6(a). Timely compliance with this requirement will enable the Clerk's Office to ensure prompt delivery of notices and orders.

Finally, your attention is called to Local Rule 16.3, Duty to Confer. This rule clearly spells out the duty of counsel, as well as pro se litigants, to confer and report back to the Court on a wide range of questions.

NANCY MAYER-WHITTINGTON, CLERK

By _Maureen Higgins_
    Deputy Clerk

cc: _Rupert Stamps_

929A
Rev. 7/02