UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RUPERT STAMPS** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 08-00342 (CKK) |
| | )  (ECF) |
| **TRACEY JOHNS, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**FEDERAL DEFENDANTS' MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Federal Defendants respectfully request an enlargement of time to file an answer or otherwise respond to the complaint in this case. Federal Defendants' answer is due March 10, 2008. Federal Defendants request to and including April 18, 2008, to file an answer or otherwise respond to the complaint.

Plaintiff, has filed this complaint as *pro se*, and brings this action against the United States Department of Justice, Attorney General, Michael B. Mukasey, and several United States Bureau of Prisons employees.[1]

Because Plaintiff is alleging constitutional claims, Federal Defendants sued may request legal representation by the Department of Justice, pursuant to 28 C.F.R. § 50.15.

Since this matter was recently removed from District of Columbia Superior Court, Defendants are seeking the additional time to determine whether individual capacity

---

[1] By way of this motion for an extension of time, the individual federal defendants submit that they have not waived any defense or defenses available to them under Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

representation is needed and to actually request same if need be.

    This is the first enlargement request for this deadline.

    Because plaintiff is, appearing here *pro se*, and does not list a telephone number where he can be reached, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[2]

    WHEREFORE, Federal Defendants respectfully requests that this enlargement be granted. A minute order is respectfully requested.

March 4, 2008                              Respectfully submitted,

                                                  /s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

                                                  /s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

                                                  /s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7157
(202) 514-8780 (facsimile)

---

[2] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

**CERTIFICATE OF SERVICE**

     I certify I caused copies of the foregoing Federal Defendants' Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

Rupert Stamps
FCC USP-1
P.O. Box 1033, Unit E
Coleman, FL 33521-1033


on this 4th day of March 2008          _/s/_____
                                                     KENNETH ADEBONOJO
                                                     Assistant United States Attorney