UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUPERT STAMPS,<br>PID # 02326000<br>P.O. Box 1033<br>U.S. Penitentiary Coleman<br>Coleman, FL 33521<br><br>          Plaintiff<br>     v.<br><br>TRACY JOHNS, et al.,<br>USP #1<br>846 NE 54th Terrace<br>Coleman, FL 33521<br><br>          Defendant. | Civil Action No.: 08-0342 (CKK) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Kenneth Adebonojo as counsel for Defendant in the above-captioned case.

/s/
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of March, 2008, I caused the foregoing Praecipe to be served on Pro Se Plaintiff, **Rupert Stamps,** via U.S. Postage addressed as follows:

Rupert Stamps
FCC USP-1
P.O. box 1033, Unit E
Coleman, FL 33521-1033

/s/
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov