UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RUPERT STAMPS** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| | ) Civil Action No. 08-00342 (CKK) |
| v. | )  (ECF) |
| | ) |
| **TRACEY JOHNS, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**FEDERAL DEFENDANTS' MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Federal Defendants respectfully request a brief enlargement of time to file an answer or otherwise respond to the complaint in this case. Federal Defendants' answer is due April 18, 2008. Federal Defendants request to and including May 2, 2008, to file an answer or otherwise respond to the complaint.

Plaintiff, has filed this complaint as *pro se*, and brings this action against the United States Department of Justice, Attorney General, Michael B. Mukasey, and seven BOP employees.[1]

Of these seven BOP employees, individual capacity representation has been approved for five, pursuant to 28 C.F.R. § 50.15, and two are still outstanding.[2]

---

[1] By way of this motion for an extension of time, the individual federal defendants submit that they have not waived any defense or defenses available to them under Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

[2] By requesting representation, the individual Defendants do not concede that any claims have been properly made against them in their individual capacities.

Therefore, Defendants are seeking the additional time to complete this process.

Because plaintiff is, appearing here *pro se*, and does not list a telephone number where he can be reached, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[3]

WHEREFORE, Federal Defendants respectfully requests that this enlargement be granted. A minute order is respectfully requested.

April 17, 2008                                    Respectfully submitted,


       /s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

       /s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

       /s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7157
(202) 514-8780 (facsimile)

---

[3] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

**CERTIFICATE OF SERVICE**

      I certify I caused copies of the foregoing Federal Defendants' Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

Rupert Stamps
FCC USP-1
P.O. Box 1033, Unit E
Coleman, FL 33521-1033


on this 17th day of April, 2008   \_/s/_____
                                                      KENNETH ADEBONOJO
                                                      Assistant United States Attorney