UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RUPERT STAMPS** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Civil Action No. 08-00342 (CKK) |
| v. ) | (ECF) |
| ) | |
| **TRACEY JOHNS, et al.,** ) | |
| ) | |
| Defendants. ) | |

**FEDERAL DEFENDANTS' MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Federal Defendants respectfully request a brief enlargement of time to file an answer or otherwise respond to the complaint in this case. Federal Defendants' answer is due May 19, 2008. Federal Defendants request to and including May 23, 2008, to file an answer or otherwise respond to the complaint. There is good cause for this motion.

1. Federal Defendants' response to Plaintiff's complaint is substantially complete.

2. However, a brief extension of time is respectfully requested to enable the undersigned to submit the response for supervisory review and comment.

3. Because plaintiff is appearing here *pro se*, and does not list a telephone number where he can be reached, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[1]

WHEREFORE, Federal Defendants respectfully request that this enlargement be granted. A minute order is respectfully requested.

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

May 19, 2008                                Respectfully submitted,

                                                                                                 _/s/_____
                                                                                                    JEFFREY A. TAYLOR, D.C. BAR # 498610
                                                                                                    United States Attorney

                                                                                                  _/s/_____
                                                                                                    RUDOLPH CONTRERAS, D.C. BAR # 434122
                                                                                                    Assistant United States Attorney

                                                _/s/_____
                                                KENNETH ADEBONOJO
                                                Assistant United States Attorney
                                                Judiciary Center Building
                                                555 4th Street, N.W. – Civil Division
                                                Washington, D.C.  20530
                                                (202) 514-7157
                                                (202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

      I certify I caused copies of the foregoing Federal Defendants' Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

Rupert Stamps  
FCC USP-1  
P.O. Box 1033, Unit E  
Coleman, FL 33521-1033

on this 19th day of May, 2008      _/s/_____  
                                              KENNETH ADEBONOJO  
                                              Assistant United States Attorney