

08CV342

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

NIXIE    337 CC 1    07 04/25/08
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
BC: 20001280299    *1991-15509-21-41