Clerk,

CA. NO. CV-00342-CKK

This is a brief letter concerning my civil case STAmps V. Johns et al CV-00342-CKK. Nonetheless, I'm informing the of my new Address change from the old one. In which was Coleman 1st U.S.P P.O. Box 1033, Coleman, Florida 33521 to F.C.I Atlanta, GA P.O. Box 150-160 Atlanta 30315. I have file a notice of change address in Superior Court of the District of Columbia, Civil Division. I'm just making this Court of awear of my New address change. Thanks for your time and patience

**RECEIVED**
JUN - 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

08-342

Respectfully
Mr. Rupert Stamps # 02326-000
P.O. Box 150-160
F.C.I Atlanta
Altanta, Ga. 30315