IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RUPERT STAMPS,<br>    [Plaintiff]<br><br>versus<br><br>TRACY JOHNS, et,al.,<br>U.S.P. # 1<br>846 NE 54th Terrace<br>COLEMAN, FL. 33521 | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION: 08-CV-00342 CKK<br>SUPERIOR COURT CASE NUMBER<br>007889-07<br><br>**RECEIVED**<br>JUN 1 6 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

AFFIDAVIT / DECLARATION OF

RUPERT STAMPS, REG # 02326-000

**MAY IT PLEASE THIS HONORABLE COURT:**

**Comes now,** is the Plaintiff herein, **Rupert Stamps, Reg # 02326-000** presently confined to the Federal Prison in the States of the United States for the state of Georgia, Atlanta, Georgia. under contract of **Interstate Corrections Compact(e) pursuant to D.C. 24-1001 Chapter 10, 24-101 (b) Chapter 1# TRANSFER OF PRISON SYSTEM TO FEDERAL AUTHORITY.**

However, **Mr. Rupert Stamps,** medical violation ; under the interstate agreement contractual means with respect to the D.C. prisoner and the D.C. area. As of special finding following

(Section 24-701 D.C. Code Chapter (7) is specific setting forth the **ultimate facts** that establish by the evidence based upon the **Plaintiff Rupert Stamps** contract **Medical Agreement** violation by the Judicial **Interstate.**

**Plaintiff Mr. Stamps Rupert,** have drawn in this motion for following instructions from the Attorney General for the District of Columbia Superior Court that have establish such regulation prescribe by the formed issues by the **Interstate Correctional Compact Agreement, Plaintiff Mr. Stamps Rupert** brings to this Court the regulation and the policy by it defitional **See 24-101(b)**.

The **Plaintiff Rubert Stamps,** have directed this matter to the medical staff at the Federal Prison at Coleman, Florida which this prison have breached the D.C. prisoners Interstate Contract Agreement of Medical terms violation and the medical staff failure to direct the Medical issues and not addressing the cause. Which the Plaintiff Mr. Stamps Rupert is suing each staff in their individual capacity which violates **22-105 DC Code** where a person advising or inciting and conniving by criminal act of offense to be charged aa principal.

**Mr. Stamps** have the right to be heard as the ones that is essentail to the same right of action for a proper defense and trial Courts is under the duty of submitting only ultimate issues now following **Title 42 U.S.C. § 1986** action for neglect to prevent knowledge that of wrong conspired to be done.

However, under **D.C. Code 24-1001 , 24-1001, D.C. Code** by term governor definition as use in jurisdiction and agreement of D.C.,

prisoners that's being housed in federal prison under contractual agreement. The Local Court is the appropriate forum for their lawsuit. The Contract states that we well forever remain under [the District's jurisdiction and it's authority." See **Malik v. District of Columbia** 703 A. 2d. 1250 (D.C. 1998), See **Jimmerson v. Kaiser** found, health plan to the Mid-Atl. States, Inc. 663 A.2d 540, 543 (D.C. 1995) , See 24-1001 (f) in all proceedings conducted pursuant to the provisions of this subsection, the appropriate officials of the receiving state shall act solely as agents of the sending state, and no final determination shall be made in any matter except by the appropriate officials of the sending state.

However, such persons shall be object to as any or regulation applicable to person's committed for violations of laws of the United States consistent with the sentence imposed, and the Bureau of Prisons shall be responsible for the **custody, case, subsistenc, education, treatment, and training** of such persons.

I **Rupert Stamps, D.C. D.C. No. 210-730** was tried and sentenced by the Honorable Judge Kennedy under case **no# F-8760-92** in Superior Court of District of Columbia .

## RELIEF

The Plaintiff respectfully request that his case be properly remanded from the District Court for remaining action against the Defendant back to the Superior Court.

For that, the Court deems proper, just and equitable is in

interest of justice. . .

UNITED STATES DISTRICT COURT
CERTIFICATE OF SERVICE

===============================

I hereby certify that on this  11  day of June, 2008, I caused service of the following: Affidavit / Declaration, made via, a [Pro se Litigant]. . . A copy of this proceedings was mailed to the opossing counsel of record.

S/ Rupert Stamps  02326-000
Rupert Stamps, Reg # 02326-000
Post Box 150160 FCI Atlanta
Atlanta, Georgia   30315

Kendall Talley, 6-11-08

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUPERT STAMPS,<br>FCI-ATLANTA  P.O. BOX 150160<br>ATLANTA, GEORGIA   30315<br><br>          Plaintiff<br><br>     v.<br><br>TRACY JOHNS, USP #1, 846 NE 54th TERRACE, COLEMAN, FL 33521; Mrs HUNTER, USP # 1, Hosp. Admin 846 NE 54th TERRACE, COLEMAN, FL 33521;<br>DR. ROMAN, USP #1 Hosp.Admin, 846 NE. 54th TERRACE, COLEMAN, FL 33521; DR. NEGRON, USP #1, 846 NE 54 TERRACE, COLEMAN, FL. DR. TIDWELL, USP # 1, Hosp.Admin, 846) 33521; P.A. DeJesus, P.O. Box 3000 White Deer, Pa 17887-3000 WARDEN TROY WILLIAMSON: UNITED STATES ATTORNEY GENERAL, 320 First Street, N.W. Washington, D.C.<br>ND.C. Corporation Counsel, 441 4th Street,<br>N.W. Washington, D.C. 20001<br>          Defendant's | CIVIL ACTION NO: 1: 08-cv-00342 (CKC )<br>Super. Ct. Case No. 000-7889-07 |

NOTICE OF AFFIDAVIT/DECLARATION OF
RUPERT STAMPS, REG # 02326-000

TO: Kenneth Adebonojo,
Asst. United States Attorney
Judiciary Center, Building
555 4th Street, NW Room E-4210
Washington, D.C. 20530

**PLEASE TAKE NOTICE THAT ON** June 10, 2008 Rupert Stamps, [Pro se] filed with the clerk of the District Court for the District of Columbia , **Affidavit / Declaration** of **Rupert Stamps**,.